# United States District Court

WESTERN DISTRICT OF WASHINGTON

GRETCHEN B. HAWTHORNE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5551RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The plaintiff's counsel's motion (Dkt. 22) is GRANTED, and the court authorizes an attorney fee of $22,385.00 in accordance with 42 U.S.C. § 406(b);

Plaintiff's counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $5,012.66, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.


| December 8, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk